

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00658-CV

**IN RE CREST PUMPING TECHNOLOGIES, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  November 4, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On October 23, 2015, relator filed a petition for writ of mandamus complaining of the trial court's order granting a motion to quash notices for deposition on written questions to obtain cell phone records. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-11-12132-DCV, styled *Monica Talamantes, Individually and as Personal Representative of the Estate of Ruben J. Talamantes, Deceased; Clarissa Reyes, as Next Friend of J.S.T.; and Alexandria Esquivel v. Crest Pumping Technologies, LLC and Jose Alfaro*, pending in the 293rd Judicial District Court, Dimmit County, Texas, the Honorable Ron Carr presiding.